AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

SPARTAN TOOL, L.L.C., a Delaware
Limited Liability Company, Plaintiff

V.

MICHAEL LEMASTER, an individual,
Defendant

CASE NUMBER:

**07CV6579**
**JUDGE GUZMAN**
**MAG.JUDGE NOLAN**

TO: (Name and address of Defendant)

Michael Lemaster
3305 Nevada Drive
Anderson, Indiana  46012

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kenneth K. Dort (6193880), George R. Spatz (6278494), Jeremiah J. Posedel (6291892)
MCGUIREWOODS LLP, 77 West Wacker Drive, Suite 4100, Chicago, IL  60601
312.849.8100
kdort@mcguirewoods.com

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 2 1 2007

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 11/24/07 350pm |
|---|---|
| NAME OF SERVER *(PRINT)* **Edward Lind** | TITLE **Process Server** |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

X  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:  **Michelle Lemaster - Wife** _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11/24/07___      *Edward Lind*
                Date              *Signature of Server*


   8605 Allisonville Road #272, Indianapolis IN 46250
   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.