IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINIOS
EASTERN DIVISION

| | |
|---|---|
| SPARTAN TOOL, L.L.C., ) | |
| ) | Case No. 07 CV 6579 |
| Plaintiff, ) | |
| ) | Judge Guzman |
| v. ) | Magistrate Judge Nolan |
| ) | |
| MICHAEL LEMASTER, ) | Motion Date: December 18, 2007 |
| ) | Motion Time: 9:30 a.m. |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant, MICHAEL LEMASTER, by and through his attorneys, QUERREY & HARROW, LTD., moves this Court for leave to answer or otherwise plead in the above captioned matter and in support thereof states as follows:

1. Plaintiff served Defendant with summons and a copy of the complaint. The time for Defendant to file his appearance and responsive pleadings expires on or about December 14, 2007.

2. Defendant recently located and retained local counsel to represent his interests in this matter.

3. In order to allow Defendant and his counsel to properly respond to the complaint, Defendant seeks an extension of time to file his responsive pleading.

4. This is Defendant's first request for an extension of time in this matter and is not made for the purposes of delay.

5. On December 13, 2007, one of Defendant's attorneys, April R. Walkup, contacted one of Plaintiff's attorneys, Jeremiah Posedel. At that time Plaintiff's attorney stated that he had no objection to allowing Defendant an extension of time to answer.

WHEREFORE, Defendant, MICHAEL LEMASTER, prays as follows:

A. That he be granted an additional twenty-eight (28) days to January 11, 2008 to file a responsive pleading to the complaint; and

B. For such other and further relief as this Court deems just and proper.

MICHAEL LEMASTER,

By: /s/April R. Walkup
April R. Walkup
One of his attorneys

April R. Walkup (ARDC #6238306)
QUERREY & HARROW, LTD.
Attorneys for Defendant
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois 60604
312-540-7000
Document #: 1290319