IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINIOS
EASTERN DIVISION

| | |
|---|---|
| SPARTAN TOOL, L.L.C., ) | |
| ) | Case No. 07 CV 6579 |
| Plaintiff, ) | |
| ) | Judge Guzman |
| v. ) | Magistrate Judge Nolan |
| ) | |
| MICHAEL LEMASTER, ) | Motion Date: December 18, 2007 |
| ) | Motion Time: 9:30 a.m. |
| Defendant. ) | |

### NOTICE OF MOTION

To:   Kenneth K. Dort
      McGuire Woods LLP
      77 W. Wacker Drive
      Suite 4100
      Chicago, Illinois 60601

PLEASE TAKE NOTICE THAT on December 18, 2007 at the hour of 9:30 a.m. **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD,** shall be heard by the Honorable Judge Ronald Guzman of the United States District Court for the Northern District of Illinois, Eastern Division, in Room 1219 at 219 South Dearborn, Chicago, Illinois. A copy of same is attached hereto and thereby served upon you. You may appear if you so see fit.

QUERREY & HARROW, LTD

### AFFIDAVIT OF SERVICE

I, April R. Walkup, an attorney, certify that I served the foregoing Notice of Motion upon the persons to whom it is addressed by mailing a copy of the same to them at their addresses and depositing the same in the United States Mail at 175 W. Jackson, Chicago, Illinois on December 14, 2007, with proper postage prepaid.

/s/April R. Walkup
April R. Walkup

Querrey & Harrow, Ltd
Attorneys for Plaintiff
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois 60604
(312) 540-7000
Document #: 1290314